# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUITABLE ADVISORS, LLC<br><br>Plaintiff,<br>v.<br><br>CHRISTOPER J. GORDON, individually and in his representative capacity as co-trustee of THE LINDA M. KAHN 2015 REVOCABLE TRUST, JO ANN WEINSTEIN, in her representative capacity as co-trustee of THE LINDA M. KAHN 2015 REVOCABLE TRUST; JASON REISCH, DANIEL REISCH, NAAMA ASHTAMKER, ALON MALICHI, and NAOR MALICHI,<br>Defendants. | Case No. 22-CV-04990<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Stephen E. Turman, Esq., of the firm Turman Legal Solutions PLLC, hereby enters his appearance as counsel for Defendants Jason Reisch, Daniel Reisch, Daniel Reisch, Naama Ashtamker, Alon Malichi and Naor Malichi in connection with the above captioned proceeding. Mr. Turman's contact information is set forth below:

>TURMAN LEGAL SOLUTIONS PLLC
>Stephen E. Turman, Esq.
>626 RXR Plaza, 6th Floor
>Uniondale, NY 11556
>Phone: (516) 266-6101
>Fax: (516) 260-6446
>Email: sturman@turmanlegal.com

Dated: August 9, 2022
      Uniondale, NY

>TURMAN LEGAL SOLUTIONS PLLC
>
> s/ Stephen E. Turman_____
>      Stephen E. Turman
>626 RXR Plaza, 6th Floor
>Uniondale, NY 11556
>(516) 266-6101
>sturman@turmanlegal.com