

**Stephen E. Turman**
Member
NY & NJ Bars
Email: sturman@turmanlegal.com

August 9, 2022

**VIA ECF**

Judge Vernon S. Broderick
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re: **Equitable Advisors, LLC v. Christopher J. Gordon et al.**
        Case No. 22-CV-05138 (VSB)

Dear Judge Broderick:

  This Firm represents the defendants, Jason Reisch, Daniel Reisch, Naama Ashtamker, Alon Malichi and Naor Malichi (the "Defendants") in the above referenced matter. On behalf of the Defendants, I respectfully submit this letter brief requesting that the Court enter a "So Ordered" stipulation extending the defendants time answer or respond to the Complaint filed by the plaintiff, Equitable Advisors, LLC ("Plaintiff"), on June 14, 2022,

  This Firm was just retained by the Defendants last week and needs sufficient time perform the due diligence required to respond to the Complaint. As of the date of this letter, defendant Jason Reisch and defendant Daniel Reisch were purportedly served with the Summons and Complaint on or about June 24, 2021 and June 27, 2021 respectively. Naama Ashtamker, Naor Malichi and Alon Malichi have not been served with the Summons and Complaint. Nevertheless, this Firm is authorized to accept service on behalf of all Defendants subject to the terms of the Proposed Stipulation and Order presented to this Court.

  No prior adjournments or extensions of time have been requested and the Plaintiff consents to the relief set forth in the proposed Stipulation.



Judge Vernon S. Broderick
August 9, 2021
Page 2

Thank you for the Court's consideration in this matter.

                                                  Respectfully submitted,

                                                  s/ Stephen E. Turman

                                                  STEPHEN E. TURMAN

cc:   All parties appearing (via ECF)