# DOCB

## d'Arcambal Ousley & Cuyler Burk LLP

### Attorneys at Law

| ☐ New York City Office | ☐ New Jersey Office | ☐ Philadelphia Office |
|---|---|---|
| 40 Fulton Street | Parsippany Corporate Center | 1500 Market Street |
| Suite 1501 | Four Century Drive | 12th Floor, East Tower |
| New York, NY 10038 | Parsippany, NJ 07054 | Philadelphia, PA 19102 |
| 212-971-3175 \| Fax 212-971-3176 | 973-734-3200 \| Fax 973-734-3201 | 215-665-5658 \| Fax 215-569-8228 |

September 15, 2022

**Via ECF**
Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re:     *Equitable Advisors, LLC v. Gordon, et. al.*
          Case No. 1:22-cv-04990

Dear Judge Cote:

This firm represents Plaintiff Equitable Advisors, LLC. ("Equitable") in the above-captioned action (the "Action"). We respectfully write, with the consent of all parties, to request an adjournment of the Pre-Trial Conference presently scheduled for September 23, 2022 at 11:30 a.m. *See* Docket Entry No. 24. The reason for this request is that the parties are in negotiations regarding next steps in early mediation, including selection of a mediator and limited discovery.

All counsel have conferred and are available to attend a Pre-Trial Conference on Friday, November 18, 2022, if that meets with the Court's schedule.

We thank Your Honor for consideration of this request.

Respectfully submitted,


/s/ Kimberly A. O'Toole
Kimberly A. O'Toole, Esq.

The pretrial conference is
adjourned until Friday,
November 18 at 2:00 p.m.

9/19/2022


cc: all counsel of record

_____
DENISE COTE
United States District Judge