UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EQUITABLE ADVISORS, LLC,

                    Plaintiff,

             -against-

CHRISTOPHER J. GORDON, individually and in His representative capacity as co-trustee of THE LINDA M. KAHN 2015 REVOCABLE TRUST, JO ANN WEINSTEIN, in her representative capacity as co-trustee of THE LINDA M. KAHN 2015 REVOCABLE TRUST; JASON REISCH, DANIEL REISCH, NAAMA ASHTAMKER, ALON MALICHI and NAOR MALICHI,

                    Defendants.
------------------------------------------------------------X
JASON REISCH, DANIEL REISCH, NAAMA ASHTAMKER, ALON MALICHI, and NAOR MALICHI,

                    Counterclaim-Plaintiffs,

             -against-

EQUITABLE ADVISORS, LLC,

                    Counterclaim-Defendant.
------------------------------------------------------------X
JASON REISCH, DANIEL REISCH, NAAMA ASHTAMKER, ALON MALICHI, and NAOR MALICHI,

                    Crossclaim-Plaintiffs,

             -against-

CHRISTOPHER J. GORDON, individually and in his representative capacity as co-trustee of THE LINDA M. KAHN 2015 REVOCABLE TRUST and JO ANN WEINSTEIN, in her representative capacity as co-trustee of THE LINDA M. KAHN 2015 REVOCABLE TRUST,

                    Crossclaim-Defendants.
------------------------------------------------------------X

Index No. 22-cv-04990 (DLC)

**NOTICE OF APPEARANCE**

---------------------------------------------------------------X

JASON REISCH, DANIEL REISCH, NAAMA
ASHTAMKER, ALON MALICHI, and NAOR
MALICHI,

                Third-Party Plaintiffs,

    -against-

CMG FINANCIAL PLANNING, LTD. d/b/a
CAPITAL MANAGEMENT GROUP OF NEW
YORK and WILLIAM EDWARD GALVIN,

                Third-Party Defendants.
---------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Michael Schwartzberg hereby appears as counsel for Third-Party Defendants CMG Financial Planning, Ltd. d/b/a Capital Management Group of New York and William Edward Galvin in connection with the above-referenced action. Please serve all notices and other papers in this action upon the undersigned.

Dated:  October 7, 2022
          New York, New York

                                              WINGET, SPADAFORA &
                                              SCHWARTZBERG, LLP

                          By:   */s/ Michael Schwartzberg*
                               Michael Schwartzberg, Esq. (MS9337)
                               45 Broadway, 32nd Floor
                               New York, New York 10006
                               Tel: (212) 221-6900
                               Fax: (212) 221-6989
                               Schwartzberg.M@wssllp.com
                               *Attorneys for -Third Party Defendants CMG*
                               *Financial Planning, Ltd. d/b/a Capital*
                               *Management Group of New York and*
                               *William Edward Galvin*