**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EQUITABLE ADVISORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPER J. GORDON, JO ANN WEINSTEIN, JASON REISCH, DANIEL REISCH, NAAMA ASHTAMKER, ALON MALICHI, and NAOR MALICHI,<br><br>Defendants. | Case No. 22-cv-4990 |
| JASON REISCH, DANIEL REISCH, NAAMA ASHTAMKER, ALON MALICHI, AND NAOR MALICHI,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>EQUITABLE ADVISORS, LLC,<br><br>Counterclaim-Defendant. | |
| JASON REISCH, DANIEL REISCH, NAAMA ASHTAMKER, ALON MALICHI, and NAOR MALICHI,<br><br>Crossclaim-Plaintiffs,<br><br>v.<br><br>CHRISTOPHER J. GORDON and JO-ANN WEINSTEIN,<br><br>Crossclaim-Defendants. | |

| |
|---|
| JASON REISCH, DANIEL REISCH, NAAMA ASHTAMKER, ALON MALICHI, AND NAOR MALICHI, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> CMG FINANCIAL PLANNING, LTD. and WILLIAM EDWARD GALVIN, <br><br> Third-Party Defendants. |

## *Amended* ORDER FOR DISBURSEMENT OF INTERPLEADER FUNDS

Upon Consent Motion of Plaintiff Equitable Advisors, LLC ("Equitable") and Defendants for Disbursement of Interpleader Funds and Dismissal of the action with prejudice, the Court having considered the application, and for good cause having been shown;

IT IS ORDERED that the Clerk of this Court will distribute the $31,026.12 deposited by Equitable on October 27, 2022 (the "Interpleader Funds"), which amount represents the cash proceeds from Strategic Asset Management Account No. 3738-3710 owned by The Linda M. Kahn 2015 Revocable Trust as follows:

- 50% of the Interpleader Funds on deposit to
  Turman Legal Solutions PLLC
  IOLTA Account; and

- 50% of the Interpleader Funds on deposit to
  Albert PLLC
  Albert PLLC IOLA Attorney Trust Account.

ORDERED this ____ day of _____ 2023.

<div style="text-align:right">
DENISE COTE<br>
United States District Judge
</div>

*The interest shall be distributed at the same ratio.*

*/s/ Denise Cote*
*2/24/23*

2